IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
CENTRAL STATES TRUCKING CO.,   )
                               )
     Plaintiff,                )
                               )
v.                             )    CASE NO. CV420-145
                               )
ANDREA MORGAN, AMBER SMALL, and)
TIGER TRANS LLC,               )
                               )
     Defendants.               )
_____)
```

### O R D E R

Before the Court is the Parties' Consent Motion for Injunction Order. (Doc. 35.) The Parties desire to avoid the costs and uncertainty of further prosecution and defense of the claims asserted or which could have been asserted in the instant litigation, and by the Parties' Settlement Agreement and Release, a copy of which is attached to the Parties' Consent Motion (Doc. 35, Attach. 1), and is expressly incorporated herein, intend in good faith to resolve all claims without the necessity of further litigation and without admitting any liability, obligations, matter or any other thing whatsoever. Accordingly, the parties have agreed to fully and finally resolve this matter through the entry of this Consent Order. It is therefore herby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Defendant Morgan is enjoined and restrained, directly or indirectly, and whether alone or in concert with others, through and

until one year from the date of the Consent Interlocutory Injunction Order of August 8, 2020 ("Restricted Period"), from:

    a) soliciting, contacting, or calling upon any customer of Plaintiff identified in Exhibit "A" to the Settlement Agreement executed by Plaintiff and Defendants on October 9, 2020; and

    b) soliciting or encouraging any current employee or independent contractor of Plaintiff to leave Plaintiff's employ or otherwise perform services for or on behalf of Defendants.

    2. Defendant Small is enjoined and restrained, for the Restricted Period, from soliciting any employee of Plaintiff to leave Plaintiff's employ or otherwise perform services for or on behalf of Defendants.

    3. All Defendants are further prohibited from using, distributing, disclosing, publishing or otherwise disseminating any of Plaintiff's Confidential Information (as that term is defined in the Parties' Settlement Agreement).

    4. Defendants waive any right and all right to an appeal from this Consent Order.

    5. If any Defendant is found by this Court to be in contempt of, or otherwise to have violated this Consent Order, the Parties agree that Plaintiff shall be entitled to all available relief which it may otherwise request for the Court, including sanctions for

contempt, damages, injunctive relief, attorneys' fees, costs, and any other relief deemed proper in the event of such violation.

6. The Court retains jurisdiction of this matter for the purposes of enforcing the terms of this Consent Order.

SO ORDERED this ___15th___ day of December 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA